IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **CAROLYN GRAVES,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. **3:22-CV-107-L-BH** |
| § | |
| **KILOLO KIJAKAZI,** Acting Commissioner § | |
| of the Social Security Administration, § | |
| § | |
| Defendant. § | |

# ORDER

On January 31, 2023, the Findings, Conclusions and Recommendation of the United States Magistrate Judge (Doc. 14) ("Report") was entered, recommending that the court reverse the decision of the Acting Commissioner of the Social Security Administration ("Commissioner") and remand the case for further proceedings consistent with the Report. No objections to the Report were filed, and the deadline for doing so has expired.

Having considered the pleadings, file, Report, and record in this case, the court determines that the magistrate judge's findings and conclusions are correct, and **accepts** them as those of the court. Accordingly, the court **reverses** the decision of the Acting Commissioner of the Social Security Administration ("Commissioner") and **remands** this action for further proceedings consistent with the Report and this order.

**It is so ordered** this 15th day of February, 2023.

Sam A. Lindsay
United States District Judge

Order – Solo Page